STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 7 2000

at 10 o'clock and 40 min. __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00238 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [8 U.S.C. § 1324(a)(2)(B)(ii)] |
| | ) | |
| HUNG VU NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

Counts 1-5

The Grand Jury charges:

On or about May 9, 2000, in the District of Hawaii, the defendant, HUNG VU NGUYEN, for the purpose of commercial advantage and private financial gain, brought and attempted to bring the aliens set forth below to the United States, knowing and in reckless disregard of the fact that the alien had not received prior official authorization to come in, enter, and reside in the United States:

| Count | Alien (First name, First letter of Family Name) |
|---|---|
| 1 | Qi W. |
| 2 | Jeng T. |
| 3 | Ren H. |
| 4 | Jen C. |
| 5 | Ying L. |

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

DATED: June 7, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES V. HUNG VU NGUYEN
"Indictment"

2